IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01612-BNB

JONATHAN SCHMIER,

    Plaintiff,

v.

McDONALDS, LLC.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Jonathan Schmier initiated this action by filing *pro se* a complaint. On August 31, 2007, he filed an amended complaint. On October 9, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Schmier to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Schmier was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

Mr. Schmier has failed within the time allowed to file a second amended complaint and he has failed to respond to Magistrate Judge Boland's October 9 order in any way. Therefore, the action will be dismissed. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this 16 day of Nov., 2007.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01612-BNB

Jonathan Schmier
4370 E. Pikes Peak #213
Colorado Springs, CO 80909

　　I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __11/16/07__

GREGORY C. LANGHAM, CLERK

By: _____
　　　Deputy Clerk